# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DALLAS BULLOCK,** <br>        Petitioner, <br><br> v. <br><br> **MS. NANCY GIROUX, THE DISTRICT ATTORNEY OF THE COUNTY OF: PHILADELPHIA, and, THE ATTORNEY GENERAL OF THE STATE OF: PENNSYLVANIA,** <br>        Respondents. | CIVIL ACTION <br><br><br><br> NO. 13-5963 |

## O R D E R

**AND NOW**, this 22nd day of November, 2017, upon consideration of Petitioner's Revised Petition for Writ of Habeas Corpus (ECF No. 4) and following the joint status conference held on November 21, 2017, **IT IS ORDERED** that the petition is **DENIED**.

                                    **BY THE COURT:**

                                    **/s/ Wendy Beetlestone**
                                    _____
                                  **WENDY BEETLESTONE, J.**